# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Carolina Cargo Inc of Rock Hill <br> *Plaintiff, Counter Defendant* <br> v. <br> Transportation Personnel Services Inc., PTO Services Inc. <br> *Defendant, Counter Claimant* | ) ) ) ) ) ) Civil Action No.   0:15-04629-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ other: the Plaintiff shall take nothing of the Defendants as to the Plaintiff's claims of fraud and unethical trade practices (counts two and three) of the Amended Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted in part the defendants' motion to dismiss as to counts two and three of the Amended Complaint.

Date: April 21, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*